UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

CARDINAL, PHILIP AND CARDINAL, CHRISTY

Case No. 09-45349-SR
Chapter 7

Judge: STEVEN W. RHODES

Debtors.
_____/

**Notice of Unclaimed Dividend**

TO THE CLERK OF THE COURT:

The attached check in the amount of $8.62 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 USC 347(a). The name of each of the parties entitled to these unclaimed dividends is as follows:

Creditor Name: Key Bank        Claim No.: 2        Dividend Amount: $8.62


Dated: 10/14/2010                /s/ Douglas Ellmann
                                 Douglas S. Ellmann, Trustee
                                 Ellmann & Ellmann, P.C.
                                 308 West Huron
                                 Ann Arbor MI 48103
                                 (734) 668-4800
                                 dse@ellmannlaw.com

| | | | |
|---|---|---|---|
| **Case No:** | 09-45349-SR | **Date Printed:** | 10/14/2010 |
| **Case Name:** | CARDINAL, PHILIP AND CARDINAL, CHRISTY | **Check Number:** | 113 |
| **Trustee Name:** | Douglas S. Ellmann | **Check Date:** | 10/14/2010 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 2 | KEYBANK<br>POB 94968<br>CLEVELAND, OH 44101 | $603.25 | $8.62 |

**Total Check Amount:** **$8.62**